William Behrens and Edward Freundt, trading as Behrens & Freundt, appellees, v. Mrs. Michael O'Brien, appellant. Gen. No. 7,880.

Opinion filed April 6, 1928.

Thomas M. Cliffe, for appellant. Poust, Fisk & Moudry, for appellees; Cassius Poust and L. Frank Moudry, of counsel.

Mr. Justice Boggs delivered the opinion of the court.